**Electronically Filed
Supreme Court
SCWC-21-0000665
18-DEC-2024
10:47 AM
Dkt. 13 ODAC**

SCWC-21-0000665

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

CRAIGE K. MAKEKAU,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I,
Respondent/Respondent-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000665; CASE NOS. 1PR161000031; 1PC041001801)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J.; Eddins and Devens, JJ.;
Circuit Judge Castagnetti in place of Recktenwald, C.J.,
recused; and Circuit Judge Morikawa,
in place of Ginoza, J., recused)


Petitioner's Application for Writ of Certiorari, filed

on November 5, 2024, is hereby rejected.

DATED:  Honolulu, Hawai'i, December 18, 2024.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Jeanette H. Castagnetti

/s/ Trish K. Morikawa

